## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

I-Systems, Inc.,                      Civil No. 05-2745 (JRT/FLN)

    Plaintiff,

v.                             **O R D E R**

District Lab LLC

    Defendant.

---

    RICHARD A. KEMPF, 4100 Cedar Lake Road, Minneapolis, Minnesota 55416, for plaintiff.

    No appearances on behalf of defendant.

    Based upon the Findings of Fact, Conclusions of Law, and Recommendation [Docket No. 5] by United States Magistrate Judge Franklin L. Noel dated May 12, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that this case is dismissed for lack of prosecution.


DATED: September 20, 2006          s/John R. Tunheim
at Minneapolis, Minnesota           JUDGE JOHN R. TUNHEIM
                                       United States District Court